# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | No. 01-0306-01-CR-W-FJG |
| Samuel Gravitt, ) | |
| Defendant. ) | |

## ORDER

Pending before this Court is defendant's motion for enlargement of time and request for appointment of counsel (Doc. #70), filed December 19, 2006. Defendant is granted an enlargement of time to January 25, 2007, in which to file his reply to the government's opposition to the motion for reduction of sentence. Defendant's request for appointment of counsel is denied (Doc. #70) for failure to provide a reason or suggestions in support of his request.

Also pending is defendant's motion to proceed on appeal in forma pauperis (Doc. #69), filed December 8, 2006. Defendant's motion is denied because he waived his right to appeal as part of his plea agreement entered June 20, 2002 (Doc. #51).

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated:  January 8, 2007
Kansas City, Missouri