# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | No. 01-0306-01-CR-W-FJG |
| Samuel Gravitt, ) | |
| Defendant. ) | |

## ORDER

Defendant, Samuel Gravitt's amended motion for reduction of sentence (Doc. #66), filed November 29, 2006, is denied. Having reviewed the plaintiff's opposition (Doc. #67) and defendant's reply (Doc. #73), the Court finds it lacks jurisdiction for the reasons cited in plaintiff's opposition.

/s/Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 1/29/07
Kansas City, Missouri